# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BRANDS INTERNATIONAL CORPORATION, | Civil No. 21-1026 (JRT/DLM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| REACH COMPANIES, LLC, | |
| Defendant. | |

---

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on February 19, 2025. (ECF No. 152.) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 152) is **ADOPTED**;

2. Plaintiff's Motion for Relief Associated with Post-Judgment Misconduct (ECF No. 127) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action pursuant to Federal Rule of Civil Procedure 41(b); and

3. This matter is considered administratively closed based on the Court's July 16, 2024 Order entering judgment in this matter (ECF No. 126).

Dated: March 10, 2025  
at Minneapolis, Minnesota.

\_\_\_\_\_s/John R. Tunheim\_\_\_\_\_  
JOHN R. TUNHEIM  
United States District Judge